```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
RAQUEL ROSADO,                           :
                        Plaintiff,       :
                                         :         08 Civ. 10670 (DLC)
            -v-                          :
                                         :              ORDER
STEVE RUBIN, CENTERS FOR DISEASE         :
CONTROL, NYC DOH MH,                     :
                        Defendants.      :
                                         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/09

DENISE COTE, District Judge:

The above-referenced case has been assigned to this Court. The complaint was filed with the Court on December 9, 2008, but our files reflect that the complaint was never served on the defendants. It is hereby

ORDERED that the plaintiff communicate with the Court, in writing, as to why plaintiff has failed to serve the summons and complaint within the 120 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if you believe that the defendants have been served, when and in what manner such service was made.

IT IS FURTHER ORDERED that if we do not receive any communication from you by May 25, showing good cause why such service was not made within the 120 days, the Court will dismiss the case.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

In addition, in the event that your address changes, please be sure to inform the Court of your new address. Failure to do so may result in dismissal of your lawsuit.

SO ORDERED:

Dated:   New York, New York
         April 23, 2009

                                    _____
                                         DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Raquel Rosado  
15-68 208 Place, 2nd floor  
Bayside, NY 11360

Magistrate Judge Eaton